UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TAYLOR, | No. 2: 14-cv-2163 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BANNER LASSEN MEDICAL CENTER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2014, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 7.) On October 31, 2014, plaintiff filed a pleading with the court which he calls "amended complaint." (ECF No. 11.) This document is a 1 ½ page letter to the court in which plaintiff alleges that defendants violated his constitutional rights.

Federal Rule of Civil Procedure 8 provides that a complaint must contain a short and plain statement of the claim for relief and a demand for relief. Plaintiff's amended complaint does not comply with Rule 8 as it does not contain a statement of the claim for relief or a demand for relief. For these reasons, the amended complaint is dismissed with leave to file a second amended complaint.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed with thirty days to file a second amended complaint on the complaint form provided by the Clerk of the Court; failure to file a second amended complaint within that time will result in dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint pursuant to 42 U.S.C. § 1983.

Dated:  December 12, 2014

Tay2163.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE