UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANNER LASSEN MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | No. 2: 14-cv-2163 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction of the undersigned.  (ECF No. 5.)

　　　　By order filed December 12, 2014, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

　　　　Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay2163.dis